*Eugene Cotton* and *Richard F. Watt* for petitioners. *M. Truman Woodward, Jr.* and *Richard C.﹡Keenan* for respondent.

No. 650. FREDERICKS *v.* AMERICAN EXPORT LINES, INC. C. A. 2d Cir. Certiorari denied. *Chester A. Hahn* for petitioner. *Leo F. Hanan* and *Martin J. McHugh* for respondent.

No. 652. UNITED STATES *v.* CHAMBERLAIN WHOLESALE GROCERY CO. ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States. *Lyle J. Wirt* for the Chamberlain Wholesale Grocery Co. et al., *Melvin Telford Woods* for Neugebauer et al., and *M. Q. Sharpe* for Reis et al., respondents.

No. 655. GREY ET AL. *v.* AMERICAN AIRLINES, INC. C. A. 2d Cir. Certiorari denied. *Arthur M. Laufer* for petitioners. *William J. Junkerman* for respondent.

No. 656. JONES (FORMERLY SCHELLENBERGER), ADMINISTRATRIX, *v.* SCHELLENBERGER. C. A. 7th Cir. Certiorari denied. *Harold E. Marks, Herman Herson* and *Charles Dana Snewind* for petitioner. *William C. Wines* for respondent.

No. 669. ATLANTIC COAST LINE RAILROAD CO. *v.* KING ET AL., MEMBERS OF FLORIDA RAILROAD & PUBLIC UTILITIES COMMISSION, ET AL. Supreme Court of Florida. Certiorari denied. *Charles Cook Howell* for petitioner. *Lewis W. Petteway* for King et al., and *Earle B. Askew* for the City of St. Petersburg, Florida, respondents.